# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128902(39)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT VICTOR MICHIELUTTI,
        Defendant-Appellant.

SC: 128902
COA: 251706
Macomb CC: 02-001008-FH

_____/

On order of the Court, the motion for reconsideration of this Court's order of October 20, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would deny leave to appeal.

CORRIGAN, J., would grant reconsideration of the cooperation issue only and, on reconsideration, would remand this case to the sentencing court for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

d0320

_____
Clerk